***ROB BONTA***
***Attorney General***

***State of California***
***DEPARTMENT OF JUSTICE***

455 GOLDEN GATE AVE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3466
E-Mail: Ian.Fein@doj.ca.gov

September 3, 2026

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: *State of California, et al. v. United States Postal Service, et al.*, Nos. 26-1987, 26-1991

Dear Ms. Dubrovsky:

Plaintiff States write to alert the Court of several developments relevant to the pending stay proceedings.

*First*, the district court held a hearing this morning on the pending motions for a preliminary injunction and indicated from the bench its intention to rule shortly. The federal government acknowledged at the hearing that issuance of a preliminary injunction ruling will moot any appeal of the TRO.

*Second,* shortly after the hearing, USPS submitted a declaration to the district court explaining that the portal necessary to enforce the challenged Rule's requirements is not yet functional and will not be available until, at the earliest, "sometime next week." Dkt. 150-1 ¶ 3. USPS and intervenors have argued in this Court that a stay of the TRO is warranted so USPS may conduct its ballot verification activities. But without a functioning portal, USPS is incapable of doing its ballot-verification activities and neither USPS nor intervenors suffers harm as a result of the TRO.

//

//

//

*Finally*, also today, USPS filed an application for a stay and an immediate administrative stay in the U.S. Supreme Court. *See United States Postal Service v. California*, No. 26A297. Justice Jackson has requested a response by Tuesday, September 8, 2026, at 10 a.m. EDT. This evening, plaintiff States filed an opposition to the request for an immediate administrative stay, and expect to file an opposition to the application by the deadline set by the Court.

Sincerely,

*/s/ Ian Fein*

IAN FEIN
Deputy Solicitor General

For ROB BONTA
Attorney General

cc: All Counsel of Record (via CM/ECF)